(No. 13594.—Judgment affirmed.)
THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in
Error, *vs.* LEONARD BANKS *et al.*—(ABE SCHAFFNER,
Plaintiff in Error.)

*Opinion filed October 18, 1920.*

This case is controlled by the decisions in *People* v. *Doras,* 290
Ill. 188, and *People* v. *O'Donnell,* 291 id. 178.

WRIT OF ERROR to the Criminal Court of Cook county;
the Hon. ANTON T. ZEMAN, Judge, presiding.

STANLEY S. SCHAFFER, and CHARLES P. R. MACAU-
LAY, for plaintiff in error.

EDWARD J. BRUNDAGE, Attorney General, (GEORGE C.
DIXON, MACLAY HOYNE, State's Attorney, and EDWARD
E. WILSON, of counsel,) for the People.

Per CURIAM: The plaintiff in error, Abe Schaffner,
was indicted at the December term, 1917, of the criminal
court of Cook county for robbery, was found guilty, an
indeterminate sentence of imprisonment in the penitentiary
was imposed upon him, and he has sued out a writ of er-
ror to reverse the judgment.

The sole contention of the plaintiff in error is that the
Parole act of 1917, in so far as it provides for an indeter-
minate sentence, is in violation of section 1 of the fourteenth
amendment of the constitution of the United States. The
question was decided otherwise in *People* v. *Doras,* 290 Ill.
188, and *People* v. *O'Donnell,* 291 id. 178.

The judgment of the criminal court will be affirmed.

*Judgment affirmed.*